IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR MATTHEWS, : | |
| Plaintiff : | |
| v. : | Case No. 3:23-cv-203-KAP |
| FRALEY, Activities Manager, *et al.*, : | |
| Defendants : | |

Memorandum Order

Plaintiff Jamar Matthews is an inmate at S.C.I. Laurel Highlands, the Pennsylvania Department of Corrections medical facility. In July 2023 Matthews filed a civil complaint at Matthews v. Good, Case No. 3:23-cv-147-KAP (W.D.Pa.). Matthews' original complaint was in excess of 70 pages long and included two other complaints as exhibits. When the Amended Complaint was filed in Matthews v. Good, Case No. 3:23-cv-147-KAP (W.D.Pa.) in September 2023, it became clear that these were intended as separate complaints, and they were opened as Matthews v. Witt, Case No. 3:23-cv-202-KAP (W.D.Pa.) and Matthews v. Fraley, Case No. 3:23-cv-203-KAP (W.D.Pa.)(this case).

The motion to proceed *in forma pauperis* at ECF no. 4 in this case is granted:

In accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2), (b)(1)-(2), the inmate account officer at any institution where plaintiff may be incarcerated shall forward to the Clerk of the United States District Court for the Western District of Pennsylvania the greater of twenty percent of the average monthly deposits to the plaintiff's inmate account for the six months prior to the date of this order, or twenty percent of the average balance of plaintiff's inmate account during the same time period; and in accordance with 28 U.S.C. § 1915(b)(2), the inmate account officer shall begin immediately to deduct from plaintiff's inmate account twenty percent (20%) of each item of income on the date received, accrue these items and forward one payment per month of the amount accrued to the Clerk, whenever the amount in plaintiff's account exceeds $10.00, until the entire filing fee of $350.00 has been paid, regardless of any dismissal of the complaint.

The plaintiff's two motions for service, ECF no. 8 and ECF no. 9, are denied as unnecessary.

When plaintiff provides eight copies of the complaint and directions for service, the Marshal shall serve the complaint on defendants Fraley, Ledaka, Hainsworth, Hollibaugh, Ansel, Strokoff, Koback, and Varner, at the direction of the plaintiff (the Marshal shall send waiver of service forms first). Since the plaintiff is proceeding *in forma*

*pauperis*, costs of service will be advanced by the United States.

DATE: July 30, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Jamar Matthews MB-2588
S.C.I. Laurel Highlands
5706 Glades Pike
Somerset, PA 15501

Inmate Account Officer